| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Andzelika K. Starzec | | |
| Debtor 2 (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | Northern | District of | Illinois (State) |
| Case number | 19-28096 | | |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PHH Mortgage Corporation    **Court claim no.** (if known): 13

**Last 4 digits** of any number you use to Identify the debtor's account: 1275

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes.  Date of the last notice: ____/____/____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | $150.00 10/11/19 (PLAN REVIEW); $250.00 10/17/19 (APPEARANCE AT MOTION TO IMPOSE); $200.00 10/17/19 (REVIEW OF MOTION TO IMPOSE); $100.00 01/09/20 (POST PETITION FEE NOTICE); | (3) | $700.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | $500.00 11/25/19 (PROOF OF CLAIM); $250.00 11/25/19 (PAYMENT HISTORY PREP); | (5) | $750.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify:_____ | | (10) | |
| 11. | Other. Specify:_____ | | (11) | |
| 12. | Other. Specify:_____ | | (12) | |
| 13. | Other. Specify:_____ | | (13) | |
| 14. | Specify:_____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

| Debtor 1 | Andzelika K. Starzec | Case number *(if known)* | 19-28096 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | ✗ /s/ Peter C. Bastianen | Date | 1/9/2020 |
|---|---|---|---|
| | Signature | | |
| Print | Peter C. Bastianen | Title | Attorney for Creditor |
| | First Name   Middle Name   Last Name | | |
| Company | Codilis & Associates, P.C. | | |
| Address | 15W030 North Frontage Road, Suite 100 | | |
| | Number   Street | | |
| | Burr Ridge   IL   60527 | | |
| | City   State   ZIP Code | | |
| Contact phone | (630) 794-5300 | Email | ND-Four@il.cslegal.com |

File #14-18-09660

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 9, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 9, 2020.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Andzelika K. Starzec , Debtor(s), 4417 N. Sayre Ave., Harwood Heights, IL 60706
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

      /s/ Peter C. Bastianen

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**FILE #(14-18-09660)**

NOTE: This law firm is a debt collector.

**PERSONAL INFORMATION REDACTED**

**Codilis & Associates, P.C.**
15W030 North Frontage Road Suite 100
Burr Ridge, IL 60527
Phone No:  (630) 794-9690
Fax No:  (630) 794-5143

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | Check Confirmed |
| 2001 Bishops Gate Blvd | | Input By: | Christina Delesio |
| Mount Laurel, NJ 08054 | | Date Submitted: | 10/15/2019 |
| Re: | STARZEC ANDZELIKA | Invoice Date: | 10/14/2019 |
| | 4417N SAYRE AVE | Vendor Ref #: | |
| | HARWOOD HEIGHTS, IL | Vendor Code: | CAPC |
| | 60706 0000 | | |
| Loan #: | | Payee Code: | FCODIL |
| Loan Type: | FHA | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | Referral Date | 10/8/2019 |
| Cost Center: | | | |
| FHA Case No: | | Acquisition Date: | |
| GSE Code: | G | Paid in Full Date: | N/A |
| GSE REO Rem. Code: | | Foreclosure Removal | N/A |
| | | HiType | 1 |
| Original Mortgage Amount: | $372,099.00 | Class Code | |
| Litigation Status Code: | | | |
| Man Code: | B | | |
| BK Case No: | 19-28096 | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/15/2019 | 10/31/2019 | 10/31/2019 | 10/31/2019 | 11/1/2019 | 11/1/2019 | 11/2/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 10/11/2019 | 1 | $150.00 | $150.00 | $0.00 | $150.00 |

**Note: Plan Review Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower**
**Service From Date: 10/11/2019          Service To Date: 10/11/2019**

| | | | |
|---|---|---|---|
| | $150.00 | $0.00 | $150.00 |

| **Total:** | | $150.00 | $0.00 | $150.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Allowable not exceeded

Execution Date Time: 01/08/2020 02:44:05 AM                                                                Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 11/01/2019 | ███████ | 11/01/2019 | $150.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | ████████████████████████████ | | | | $150.00 |

**Codilis & Associates, P.C.**

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

*PERSONAL INFORMATION REDACTED*

### Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | Check Confirmed(Exc) |
| 2001 Bishops Gate Blvd | | Input By: | Tessa Westhoff |
| Mount Laurel, NJ 08054 | | Date Submitted: | 10/21/2019 |
| Re: | STARZEC ANDZELIKA | Invoice Date: | 10/18/2019 |
| | 4417N SAYRE AVE | Vendor Ref #: | |
| | HARWOOD HEIGHTS, IL | Vendor Code: | CAPC |
| | 60706 0000 | | |
| Loan #: | | Payee Code: | FCODIL |
| Loan Type: | FHA | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | Referral Date | 10/15/2019 |
| Cost Center: | | | |
| FHA Case No: | | Acquisition Date: | |
| GSE Code: | G | Paid in Full Date: | N/A |
| GSE REO Rem. Code: | | Foreclosure Removal | N/A |
| | | HiType | 1 |
| Original Mortgage Amount: | $372,099.00 | Class Code | |
| Litigation Status Code: | | | |
| Man Code: | B | | |
| BK Case No: | 19-28096 | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/21/2019 | 11/8/2019 | 11/8/2019 | | 11/8/2019 | 11/8/2019 | 11/9/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - File Review | | 10/17/2019 | 1 | $200.00 | $200.00 | $0.00 | $200.00 |

**Note: Fee approval received via email on 10/15/19 iao $200 for attorney review of Motion to Impose. Recoverable provided a PPFN is filed within 180 days of the charge incurred, per Rule 3002.1. - Recoverable from the borrower**
Service From Date: 10/17/2019     Service To Date: 10/17/2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Bankruptcy Fee | | 10/17/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note: Fee approval received via email on 10/15/19 iao $250 for appearance at Motion to Impose hearing. Recoverable provided a PPFN is filed within 180 days of the charge incurred, per Rule 3002.1. - Recoverable from the borrower**
Service From Date: 10/17/2019     Service To Date: 10/17/2019

| | | | |
|---|---|---|---|
| | $450.00 | $0.00 | $450.00 |

| | | | |
|---|---|---|---|
| **Total:** | $450.00 | $0.00 | $450.00 |

**Invoice Level Exceptions**

**Invoice Level Comment**

Execution Date Time: 01/08/2020 02:44:05 AM

Pages: 1/ 3

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 11/08/2019 | ▬▬▬▬▬ | 11/08/2019 | $200.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | File Review | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | | | | $200.00 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 11/08/2019 | ▬▬▬▬▬ | 11/08/2019 | $250.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Bankruptcy Fee | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | | | | $250.00 |

**Excecution Date Time: 01/08/2020 02:44:05 AM**                                                                                         **Pages: 3/ 3**

**Codilis & Associates, P.C.**
15W030 North Frontage Road Suite 100
Burr Ridge, IL 60527
Phone No: (630) 794-9690
Fax No: (630) 794-5143

*PERSONAL INFORMATION REDACTED*

### Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | | Input By: | Christina Delesio |
| Mount Laurel, NJ 08054 | | Date Submitted: | 11/27/2019 |
| Re: | STARZEC ANDZELIKA | Invoice Date: | 11/26/2019 |
| | 4417N SAYRE AVE | Vendor Ref #: | |
| | HARWOOD HEIGHTS, IL | Vendor Code: | CAPC |
| | 60706 0000 | | |
| Loan #: | | Payee Code: | FCODIL |
| Loan Type: | FHA | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | | |
| Cost Center: | | Referral Date | 11/18/2019 |
| FHA Case No: | | | |
| GSE Code: | G | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $372,099.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | B | | |
| BK Case No: | 19-28096 | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 11/27/2019 | 12/30/2019 | 12/30/2019 | | 12/30/2019 | 12/30/2019 | 1/1/2020 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 11/25/2019 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |

**Note: Preparation and Filing of Proof of Claim. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower**
Service From Date: 11/25/2019        Service To Date: 11/25/2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Bankruptcy Fee | | 11/25/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note: Prep of Loan Payment History as part of Form 410A. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower**
Service From Date: 11/25/2019        Service To Date: 11/25/2019

| | | | |
|---|---|---|---|
| | $750.00 | $0.00 | $750.00 |

**Total:**         $750.00    $0.00    $750.00

**Invoice Level Exceptions**

**Invoice Level Comment**

Execution Date Time: 01/08/2020 02:44:05 AM                    Pages: 1/ 3

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 12/30/2019 | ▇▇▇▇▇▇▇ | 12/31/2019 | $250.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Bankruptcy Fee | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | $250.00 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 12/30/2019 | ▇▇▇▇▇▇▇ | 12/31/2019 | $500.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Proof of Claim | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | $500.00 |